1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   NATIONAL RAILROAD PASSENGER              **13-cv-1506 AWI GSA**
     CORPORATION,
12
                    Plaintiff,
13
                                              **ORDER DIRECTING THE CLERK'S**
14          v.                                **OFFICE TO UPDATE THE DOCKET AND**
                                              **RELATE CASES**
     YOUNG'S COMMERCIAL TRANSFER,
15   INC., *et al*.,

16                  Defendants.

17

18

19          A review of the above-captioned case reveals that it is related under this Court's Local

20   Rule 123 to the action entitled *Santos Delores Nieva and Petr Drozen v. Rigoberto Fernandez*

21   *Jimenez et al.*, 13-cv-1549 AWI-GSA.  The actions involve the same or similar parties, claims,

22   events and/or questions of fact or law.  The cases have already been assigned to the same District

23   Court Judge and Magistrate Judge.  The Clerk's Office is directed to update the dockets in both

24   cases accordingly.

25

26

27

28
                                              1

1

2   IT IS SO ORDERED.

3       Dated:    **December 11, 2013**                    **/s/ Gary S. Austin**
4                                                   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28