1 | James D. Emerson, No. 042031

2 | **EMERSON · SORENSEN · CHURCH**
2520 WEST SHAW LANE, SUITE 102
3 | FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
4 | Facsimile:   (559) 432-7639
www.lawemerson.com

5 | Attorneys for Defendants, YOUNG'S COMMERCIAL TRANSFER, INC. and RIGOBERTO FERNANDEZ JIMENEZ, individually and doing business as
6 | JIMENEZ TRUCKING

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DIVISION

10 |

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>    Defendants. | Case No. 1:13-CV-01506-AWI-GSA<br>(Consolidated with Case No. 1:13-CV-02085-AWI-GSA)<br><br>**AMENDED STIPULATION TO CONTINUE TRIAL DATE AND DISCOVERY DEADLINES and ORDER THEREON**<br><br><br><br>COMPLAINT FILED:  September 17, 2013 |
| CELIA RAMIREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING, NATIONAL RAILROAD PASSENGER CORPORATION, BARBARA NEU, BNSF RAILWAY COMPANY, YOUNG'S COMMERCIAL TRANSFER, INC., and DOES 1 to 200, Inclusive,<br><br>    Defendants. | COMPLAINT FILED:  September 18, 2013 |

28 | ///

The parties have met and conferred regarding discovery and mediation in this matter. The parties would like to conduct medical discovery, including Plaintiff Celia Ramirez' deposition, a defense medical examination and depositions of Plaintiff's treating doctors. After concluding this discovery the parties intend to mediate the Ramirez case. The continuance of discovery cut-off dates and the trial date would allow this to be accomplished. The parties believe conducting non-expert discovery in the next month would be counter-productive to the goal of resolving the case and not the best use of time and resources.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that dates in the Scheduling Order dated September 5, 2014, be modified as follows:

1. The trial date and discovery deadlines be continued to the following dates:

| | |
|---|---|
| Non Expert Discovery Cutoff: | June 5, 2015 |
| Expert Disclosure: | July 16, 2015 |
| Rebuttal Expert Disclosure: | August 6, 2015 |
| Expert Discovery Cutoff: | September 14, 2015 |
| Non-dispositive Motion Filing Deadline: | August 4, 2015 |
| Dispositive Motion Filing Deadline: | September 8, 2015 |
| Pretrial Conference: | December 1, 2015 |
| | Time: 10:00 a.m. |
| | Dept: 2 |
| Jury Trial: | January 26, 2016 |
| | Time: 10:00 a.m. |
| | Dept: 2 |

DATED: November 12, 2014    REICH LAW FIRM

By /s/ Jeff Reich
Jeff Reich
Attorney for Plaintiff
CELIA RAMIREZ

DATED:  November 12, 2014      EMERSON • SORENSEN • CHURCH

By  /s/ James D. Emerson
James D. Emerson
Attorney for Defendants YOUNG'S
COMMERCIAL TRANSFER, INC. and
RIGOBERTO FERNANDEZ JIMENEZ,
individually and dba JIMENEZ TRUCKING

DATED:  November 12, 2014      LOMBARDI LOPER & CONANT, LLP

By  /s/  B. Clyde Hutchinson
B.Clyde Hutchinson
Attorney for Defendants, NATIONAL
RAILROAD PASSENGER CORPORATION
aka AMTRAK, BNSF RAILWAY COMPANY
and BARBARA ANN NEU

**ORDER**

Based on the parties' foregoing stipulation, the Court modifies the Scheduling Order dated September 5, 2014. (Doc. 28). The Court has adjusted some of the parties' proposed dates (see the underlined dates below) to reflect the Court's sequencing and spacing requirements.

Accordingly, discovery deadlines, motion filing deadlines, and trial-related dates are continued as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | June 5, 2015 |
| Expert Disclosure Deadline: | July 16, 2015 |
| Rebuttal Expert Disclosure Deadline: | August 6, 2015 |
| Expert Discovery Cutoff: | September 14, 2015 |
| <u>Non-dispositive Motion Filing Deadline</u>: | <u>October 12, 2015</u> |
| <u>Dispositive Motion Filing Deadline</u>: | <u>November 16, 2015</u> |
| <u>Pretrial Conference</u>: | <u>February 18, 2016</u> |
| | Time:  10:00 a.m. |
| | Crt. Rm.:  2 (AWI) |
| <u>Jury Trial</u>: | <u>April 19, 2016</u> |
| | Time:  8:30 a.m. |
| | Crt. Rm.:  2 (AWI) |

IT IS SO ORDERED.

Dated:  **November 13, 2014**          /s/ Gary S. Austin
                                             UNITED STATES MAGISTRATE JUDGE