1  Jeff Reich, State Bar No. 067250
   jreich@reichlaw.com
2  Shane Reich, State Bar No. 222948
   sreich@reichlaw.com
3  THE REICH LAW FIRM
   304 Banner Court, Suite 2
4  Modesto, CA 95356
   Telephone:   (209) 214-9640
5  Facsimile:   (925) 833-7266

6  Attorneys for Plaintiff CELIA RAMIREZ

7

   James D. Emerson, State Bar No. 042031
8  jemerson@lawemerson.com
   EMERSON SORENSEN CHURCH
9  2520 West Shaw Lane, Suite 102
   Fresno, CA 93711-2765
10 Telephone:   (559) 432-7641
   Facsimile:   (559) 432-7639
11
   Attorneys for Defendants/Cross-Defendants/Cross-Complainants
12 YOUNG'S COMMERCIAL TRANSFER, INC. and RIGOBERTO FERNANDEZ JIMENEZ,
   individually and doing business as JIMENEZ TRUCKING
13

14 B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
15 VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
16 LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
17 LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
18 1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
19 Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
20
   Attorneys for Plaintiff/Defendants/Cross-Defendants/Cross-Complainants
21 NATIONAL RAILROAD PASSENGER
   CORPORATION aka AMTRAK,
22 BNSF RAILWAY COMPANY
   and BARBARA NEU

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>　　　　　　Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. 1:13-CV-01506-AWI-GSA<br><br>[Consolidated with 1:13-cv-02085-AWI-GSA, *Celia Ramirez v. Rigoberto F. Jimenez, et al.*]<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES AND ORDER**<br><br>(ECF No. 33) |

The parties have met and conferred regarding discovery and mediation in this matter. A defense medical examination of Plaintiff was done on January 23, 2015 by Dr. Kurt Miller. The report of that IME was just received on April 3, 2015. After deposing the plaintiff, the parties intend to mediate the Ramirez case. The continuance of discovery cut-off dates would allow this to be accomplished. The trial and pre-trial conference dates remain the same.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that dates in the Order on Amended Stipulation to Continue Trial Date and Discovery Deadlines dated November 14, 2014, Document 33, be modified as follows:

| | |
|---|---|
| Non Expert Discovery Cutoff: | September 14, 2015 |
| Expert Disclosure: | September 18, 2015 |
| Rebuttal Expert Disclosure: | October 9, 2015 |
| Expert Discovery Cutoff: | November 13, 2015 |
| Non-dispositive Motion Filing Deadline: | November 16, 2015 |

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

| | |
|---|---|
| Dispositive Motion Filing Deadline: | December 18, 2015 |

The following dates remain unchanged:

| | |
|---|---|
| Pretrial Conference | February 18, 2016 |
| Trial | April 19, 2016 |

DATED:  April 17, 2015            REICH LAW FIRM

By  /s/ Jeff Reich
   Jeff Reich
   Attorney for Plaintiff
   CELIA RAMIREZ

DATED:  April 17, 2015            EMERSON · SORENSEN · CHURCH

By  /s/ James D. Emerson
   James D. Emerson
   Attorney for Defendants/Cross-Defendants/Cross-Complainants YOUNG'S COMMERCIAL TRANSFER, INC. and RIGOBERTO FERNANDEZ JIMENEZ, individually and dba JIMENEZ TRUCKING

DATED:  April 17, 2015            LOMBARDI LOPER & CONANT, LLP

By  /s/  B. Clyde Hutchinson
   B.Clyde Hutchinson
   Attorney for Plaintiff/Defendants/Cross-Defendants/Cross-Complainants, NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, BNSF RAILWAY COMPANY and BARBARA ANN NEU

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

**ORDER**

The Court, having considered the parties' Stipulation to Continue Discovery Deadlines (ECF No. 33), has adjusted the parties' proposed dates (as underlined below) and orders the following deadlines to be continued as follows:

| | |
|---|---|
| Non Expert Discovery Cutoff: | September 14, 2015 |
| Expert Disclosure: | September 18, 2015 |
| Rebuttal Expert Disclosure: | October 9, 2015 |
| Expert Discovery Cutoff: | November 13, 2015 |
| Non-dispositive Motion Filing Deadline: | November 16, 2015 |
| Dispositive Motion Filing Deadline: | December 18, 2015 |
| <u>Pretrial Conference:</u> | <u>March 24, 2016</u> |
| | <u>Time: 10:00 a.m.</u> |
| | <u>Courtroom 2 (AWI)</u> |
| <u>Trial:</u> | <u>May 24, 2016</u> |
| | <u>Time: 8:30 a.m.</u> |
| | <u>Courtroom 2 (AWI)</u> |

IT IS SO ORDERED.

Dated: **April 23, 2015**          /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE