James D. Emerson, No. 042031

**EMERSON · SORENSEN · CHURCH**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639
www.lawemerson.com

Attorneys for Defendants and Cross-Complainants, YOUNG'S COMMERCIAL TRANSFER, INC. and RIGOBERTO FERNANDEZ JIMENEZ, individually and doing business as JIMENEZ TRUCKING

UNITED STATES DISTRICT COURT
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>             Plaintiff,<br><br>     vs.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>             Defendants. | Case No. 1:13-CV-01506-AWI-GSA<br>(Consolidated with Case No. 1:13-CV-02085-AWI-GSA)<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES AND ORDER**<br><br><br><br><br>COMPLAINT FILED:  September 17, 2013 |
| CELIA RAMIREZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING, NATIONAL RAILROAD PASSENGER CORPORATION, BARBARA NEU, BNSF RAILWAY COMPANY, YOUNG'S COMMERCIAL TRANSFER, INC., and DOES 1 to 200, Inclusive,<br><br>             Defendants. | <br><br><br><br><br><br><br><br><br>COMPLAINT FILED:  September 18, 2013 |
| AND RELATED CROSS-ACTIONS | |

The parties have met and conferred regarding discovery and mediation in this matter. The parties are still in the process of taking depositions, after which they intend to mediate the Ramirez case. The continuance of discovery cut-off dates would allow this to be accomplished. These extensions of time will not affect the pending pretrial or trial dates.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that dates in the Order on Amended Stipulation to Continue Trial Date and Discovery Deadlines dated April 23, 2015, be modified as follows:

| | |
|---|---|
| Non Expert Discovery Cutoff: | October 16, 2015 |
| Expert Disclosure: | October 23, 2015 |
| Rebuttal Expert Disclosure: | November 13, 2015 |
| Expert Discovery Cutoff: | January 15, 2016 |
| Non-dispositive Motion Filing Deadline: | January 22, 2016 |
| Dispositive Motion Filing Deadline: | February 26, 2016 |

IT IS FURTHER STIPULATED that:

1. These modified dates do not relate to written discovery; and

2. All non-expert depositions shall be noticed by no later than August 29, 2015.

DATED: August 29, 2015        REICH LAW FIRM

By /s/ Jeff Reich
Jeff Reich
Attorney for Plaintiff
CELIA RAMIREZ

DATED: August 20, 2015        LOMBARDI LOPER & CONANT, LLP

By /s/ B. Clyde Hutchinson
B.Clyde Hutchinson
Attorney for Defendants, NATIONAL
RAILROAD PASSENGER CORPORATION
aka AMTRAK, BNSF RAILWAY COMPANY and
BARBARA ANN NEU

///

///

DATED:  August 20, 2015                    EMERSON • SORENSEN • CHURCH


By  /s/ James D. Emerson
James D. Emerson
Attorney for Defendants and Cross-Complainants YOUNG'S COMMERCIAL TRANSFER, INC. and RIGOBERTO FERNANDEZ JIMENEZ, individually and dba JIMENEZ TRUCKING

**ORDER**

The Court, having considered the parties' Stipulation to Continue Discovery Deadlines (ECF No. 37), and good cause appearing, has adjusted the parties' proposed dates and orders the following deadlines to be modified as follows:

| | |
|---|---|
| Non Expert Discovery Cutoff: | October 16, 2015 |
| Expert Disclosure: | October 23, 2015 |
| Rebuttal Expert Disclosure: | November 13, 2015 |
| Expert Discovery Cutoff: | January 15, 2016 |
| Non-dispositive Motion Filing Deadline: | January 22, 2016 |
| Dispositive Motion Filing Deadline: | February 26, 2016 |
| Pretrial Conference: | May 26, 2016 |
| | Time: 10:00 a.m. |
| | Courtroom 2 |
| Trial: | July 26, 2016 |
| | Time: 8:30 a.m. |
| | Courtroom 2 |

The extension to the non-expert discovery cutoff date is provided solely to complete depositions as required by the parties. Non-expert depositions shall be noticed by no later than August 29, 2015. The Court notes that this Stipulation is the third stipulation to be submitted by the parties that has failed to comport with the guidelines set forth by the Court on November 6, 2014.

(ECF No. 31.) The parties are cautioned that the Court will view future requests with similar deficiencies with great disfavor.

IT IS SO ORDERED.

   Dated:   **August 25, 2015**                **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE