Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
304 Banner Court, Suite 2
Modesto, CA  95356
—
209-214-9640
Fax: 925-833-7266

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>            Plaintiff,<br><br>      vs.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>            Defendants. | Case No. 1:13-CV-01506-AWI-GSA<br>(Consolidated with Case No. 1:13-CV-02085-AWI-GSA)<br><br>**STIPULATION TO CONTINUE DISCLOSURE OF EXPERT DEADLINE and ORDER**<br><br><br><br>COMPLAINT FILED:  September 17, 2013 |
| CELIA RAMIREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING, NATIONAL RAILROAD PASSENGER CORPORATION, BARBARA NEU, BNSF RAILWAY COMPANY, YOUNG'S COMMERCIAL TRANSFER, INC., and DOES 1 to 200, Inclusive,<br><br>            Defendants. | COMPLAINT FILED:  September 18, 2013 |

1  The parties have met and conferred regarding discovery and mediation in this matter.  The
2  parties are still in the process of finalizing their expert designations and have determined that a one
3  week extension on the expert disclosure date will allow for additional examination by the experts
4  before completing their reports.  The continuance of the expert disclosure date by one week will
5  allow this to be accomplished.  This extension of time will not affect any other deadlines in the
6  case. The parties intend to mediate the Ramirez case.

7  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
8  attorneys of record that date in the Order on Amended Stipulation to Continue Trial Date and
9  Discovery Deadlines dated October 6, 2015, be modified only insofar as the Expert Disclosure Date
10 as follows:

11  Expert Disclosure:                          October 30, 2015
12  Rebuttal Expert Disclosure:                 November 13, 2015
13  Expert Discovery Cutoff:                    January 15, 2016
14  Non-dispositive Motion Filing Deadline:     January 22, 2016
15  Dispositive Motion Filing Deadline:         February 26, 2016
16  Pretrial Conference:                        May 26, 2016
17                                              Time:  10:00 a.m.
18                                              Courtroom 2
19  Trial:                                      July 26, 2016
20                                              Time:  8:30 a.m.
21                                              Courtroom 2
22
23  DATED:  October 22, 2015        REICH LAW FIRM
24                                  By   /s/ Shane Reich
25                                       Shane Reich
                                         Attorneys for Plaintiff
26                                       CELIA RAMIREZ
27
28

DATED: October 22, 2015         LOMBARDI LOPER & CONANT, LLP


By /s/ Vincent Castillo
Attorneys for Defendants, NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, BNSF RAILWAY COMPANY and BARBARA ANN NEU


DATED: October 22, 2015         EMERSON • SORENSEN • CHURCH


By /s/ James D. Emerson
James D. Emerson
Attorneys for Defendants YOUNG'S COMMERCIAL TRANSFER, INC. and RIGOBERTO FERNANDEZ JIMENEZ, individually and dba JIMENEZ TRUCKING

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER**

The Court, having considered the parties' Stipulation to Continue Discovery Deadlines, be modified by changing only the Expert Disclosure as follows:

| | |
|---|---|
| Expert Disclosure: | October 30, 2015 |
| Rebuttal Expert Disclosure: | November 13, 2015 |
| Expert Discovery Cutoff: | January 15, 2016 |
| Non-dispositive Motion Filing Deadline: | January 22, 2016 |
| Dispositive Motion Filing Deadline: | February 26, 2016 |
| Pretrial Conference: | May 26, 2016 |
| | Time:  10:00 a.m. |
| | Courtroom 2 |
| Trial: | July 26, 2016 |
| | Time:  8:30 a.m. |

All other orders contained in this Court's Scheduling Order issued on September 5, 2014 (Doc. 28), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 26, 2015**        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE