Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
304 Banner Court, Suite 2
Modesto, CA 95356
—
209-214-9640

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>Defendants. | Case No. 1:13-CV-01506-AWI-GSA (Consolidated with Case No. 1:13-CV-02085-AWI-GSA)<br><br>**STIPULATION TO CONTINUE DISCLOSURE OF REBUTTAL EXPERTS AND EXPERT DISCOVERY DEADLINE and ORDER**<br><br><br><br>COMPLAINT FILED: September 17, 2013 |
| CELIA RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>RIGOBERTO FERNANDEZ JIMENEZ, JIMENEZ TRUCKING, NATIONAL RAILROAD PASSENGER CORPORATION, BARBARA NEU, BNSF RAILWAY COMPANY, YOUNG'S COMMERCIAL TRANSFER, INC., and DOES 1 to 200, Inclusive,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br>COMPLAINT FILED: September 18, 2013 |

1  The parties have met and conferred regarding discovery and mediation in this matter. The
2  parties have made their initial expert designations with each party designating multiple experts. The
3  parties are attempting to arrange a mediation to occur within the next 30 to 45 days and would like
4  for that to occur before completing expert discovery and finalizing rebuttal expert disclosure.

5  The continuance of the rebuttal expert disclosure, the expert discovery cutoff, and the non-
6  dispositive motion filing deadline allow this to be accomplished. This extension of time will not
7  affect any other deadlines in the case.

8  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
9  attorneys of record that the dates in the Order on Amended Stipulation to Continue Trial Date and
10 Discovery Deadlines dated October 26, 2015, be modified only insofar as the Rebuttal Expert
11 Disclosure Date, Expert Discovery Cutoff, and Non-dispositive Motion Filing Deadline as follows:

| | |
|---|---|
| Rebuttal Expert Disclosure: | January 4, 2015 |
| Expert Discovery Cutoff: | February 5, 2016 |
| Non-dispositive Motion Filing Deadline: | February 5, 2016 |
| Dispositive Motion Filing Deadline: | February 26, 2016 |
| Pretrial Conference: | May 26, 2016 |
| | Time: 10:00 a.m. |
| | Courtroom 2 |
| Trial: | July 26, 2016 |
| | Time: 8:30 a.m. |
| | Courtroom 2 |

DATED:  November 10, 2015        REICH LAW FIRM

By  /s/ Shane Reich
    Shane Reich
    Attorneys for Plaintiff
    CELIA RAMIREZ

**The Reich Law Firm**
304 BANNER COURT, STE 2
MODESTO, CA 95356
209-214-9640

1  DATED:  November 10, 2015        LOMBARDI LOPER & CONANT, LLP

2
    By  /s/ B. Clyde Hutchinson
3   Attorneys for Defendants, NATIONAL
    RAILROAD PASSENGER CORPORATION
4   aka AMTRAK, BNSF RAILWAY COMPANY
    and BARBARA ANN NEU
5

6  DATED:  November 10, 2015        EMERSON · SORENSEN · CHURCH

7

8   By  /s/ James D. Emerson
    James D. Emerson
9   Attorneys for Defendants YOUNG'S
    COMMERCIAL TRANSFER, INC. and
10  RIGOBERTO FERNANDEZ JIMENEZ,
    individually and dba JIMENEZ TRUCKING
11

12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**The Reich Law Firm**
304 BANNER COURT, STE 2
MODESTO, CA 95356
209-214-9640

**ORDER**

The Court, having considered the parties' Stipulation to Continue Discovery Deadlines, and good cause appearing therein, orders the scheduling deadlines in this case be modified only insofar as the Rebuttal Expert Disclosure Date, Expert Discovery Cutoff, and Non-dispositive Motion Filing Deadline as follows:

| | |
|---|---|
| Rebuttal Expert Disclosure: | January 4, 2015 |
| Expert Discovery Cutoff: | February 5, 2016 |
| Non-dispositive Motion Filing Deadline: | February 5, 2016 |

All other deadlines, including the dispositive motion filing deadline, the pre-trial conference, and the trial date, remain as set forth in the Court's Scheduling Order, issued on September 5, 2014 (ECF No. 28), as amended by the Order on Amended Stipulation to Continue Trial Date and Discovery Deadlines, dated October 26, 2015 (ECF No. 43).

IT IS SO ORDERED.

Dated:   **November 16, 2015**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE