UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBER TO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | No. 1:13-cv-01506-DAD-EPG<br><br>ORDER DISMISSING PARTIES IN LEAD CASE OF CONSOLIDATED ACTION<br><br>(Doc. No. 50) |

On January 21, 2016, plaintiff National Railroad Passenger Corporation and defendants Young's Commercial Transfer, Inc. and Rigoberto Fernandez Jimenez, individually and d/b/a Jimenez Trucking, filed a joint stipulation dismissing *National Railroad Passenger Corporation v. Young's Commercial Transfer, Inc., et al.*, with prejudice, with each party to bear its own costs and attorneys' fees in this consolidated action.  (Doc. No. 50.)  In light of the parties' stipulation, the complaint filed by plaintiff National Railroad Passenger Corporation against defendants Young's Commercial Transfer, Inc. and Rigoberto Fernandez Jimenez, as an individual, d/b/a Jimenez Trucking is hereby DISMISSED with prejudice and without an award of attorneys' fees

and costs to either party.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997).  The action is terminated as to plaintiff National Railroad Passenger Corporation and defendants Young's Commercial Transfer, Inc. and Rigoberto Fernandez Jimenez, as an individual, d/b/a Jimenez Trucking only as to the claims brought by plaintiff National Railroad Passenger Corporation.

This order and dismissal, however, does not affect the status of the claims brought by plaintiff Celia Ramirez in her complaint against defendants Rigoberto Fernandez Jimenez, Jimenez Trucking, National Railroad Passenger Corporation, Barbara Neu, BNSF Railway Company, Young's Commercial Transfer, Inc. and Does 1 through 200.  The case number with respect to claims brought by the remaining plaintiff against the remaining defendants will continue to be 1:13-cv-01506-DAD-EPG.

IT IS SO ORDERED.

Dated:  **January 25, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE