UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. 1:13-CV-01506-DAD-EPG<br><br>[Consolidated with 1:13-cv-02085-AWI-GSA *Celia Ramirez v. Rigoberto F. Jimenez, et al.*]<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF DEADLINE** |

## **STIPULATION**

The parties in this case, by and through their attorneys of record, hereby stipulate to extend the Expert Discovery Cutoff deadline currently set for February 5, 2016 to March 18, 2016. Good cause exists for the requested extension because the large number of experts does not allow for the scheduling and taking of depositions within the time remaining. The requested extension will not affect any other pre-trial dates previously stipulated to and ordered.

13249-43070 BCH 671403.1                                                                                                  1:13-CV-01506-DAD-EPG

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Dated: January 25, 2016                     THE REICH LAW FIRM

By: _____*/s/ Jeff Reich*_____
JEFF REICH
Attorneys for Plaintiff CELIA RAMIREZ

Dated: January 25, 2016                     LOMBARDI, LOPER & CONANT, LLP

By: _____*/s/ B. Clyde Hutchinson*_____
B. CLYDE HUTHINSON
Attorneys for NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, BNSF RAILWAY COMPANY, and BARBARA ANN NEU

Dated: January 25, 2016                     EMERSON CHURCH

By: _____*/s/ James D. Emerson*_____
JAMES D. EMERSON
Attorneys for YOUNG'S COMMERCIAL TRANSFER, INC. and RIGOBERTO FERNANDEZ JIMENEZ, individually and dba JIMENEZ TRUCKING

## **ORDER**

Pursuant to the parties' stipulation, the Expert Discovery Cutoff deadline currently set for February 5, 2016 is extended until March 18, 2016. This extension shall not affect any other pre-trial dates previously extended on November 17, 2015. (Doc. 44).

IT IS SO ORDERED.

Dated: **January 27, 2016**                     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28