UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING,<br><br>Defendants. | No. 1:13-cv-01506-DAD-EPG<br><br>ORDER GRANTING LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF TWENTY PAGES<br><br>(Doc. 60.) |

On February 23, 2016, defendants National Railroad Passenger Corporation, Barbara Neu, and BNSF Railway Company, filed a request to be allowed to submit a memorandum of points and authorities in support of their motion for summary judgment that is in excess of twenty pages. (Doc. 60.)

At this time, the undersigned does not have a standing order establishing precise page limits for filed motions.  There is no page limit established by the Federal Rules of Civil Procedure or by the Eastern District of California Local Rules.  Defendants reference a rule in the Federal Rules of Appellate Procedure that limits motions to twenty pages.  *See* Fed. R. App. P. 27(d)(2).  However, those rules do not apply to the present case.

/////

1

Although unnecessary under these circumstances, defendants' motion for leave to file a memorandum of points and authorities in excess of twenty pages will be GRANTED.

IT IS SO ORDERED.

Dated:   **February 23, 2016**                          _____
                                                                            UNITED STATES DISTRICT JUDGE