UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>YOUNG'S COMMERCIAL TRANSFER, INC., a corporation; and RIGOBERTO FERNANDEZ JIMENEZ, an individual, d/b/a JIMENEZ TRUCKING<br><br>  Defendants. | No. 1:13-cv-01506-DAD-EPG<br><br><u>DEFENDANT BNSF RAILWAY COMPANY HAS BEEN DISMISSED WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u><br><br>(Doc. No. 83) |
| CELIA RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>RIGOBERTO FERNANDEZ JIMENEZ; JIMENEZ TRUCKING; NATIONAL RAILROAD PASSENGER CORPORATION; BARBARA NEU; BNSF RAILWAY COMPANY; YOUNG'S COMMERCIAL TRANSFER, INC.; and DOES 1–200, inclusive,<br><br>  Defendants. | |

1   On April 19, 2016, the parties filed a joint stipulation dismissing defendant BNSF Railway Company with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 83.)  In light of the parties' stipulation, defendant BNSF Railway Company has been terminated from the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party.  This dismissal does not affect the status of the other defendants in the matter.

IT IS SO ORDERED.

Dated:   **April 19, 2016**                                   /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE