UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED
DEC 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:13-cv-01506-DAD-EPG
**CASE NAME:** CELIA RAMIREZ vs. YOUNG'S COMMERCIAL TRANSFER, INC., et al.

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: **December 15, 2016**                    _____
                                                                    DISTRICT JUDGE

**DATE EXHIBITS RETURNED:**   December 15, 2016

**Pltf Attorney:** Shane Reich

**Pltf Attorney Signature:** _____

**DATE EXHIBITS RETURNED:**   December 15, 2016

**Deft Attorneys: James Emmerson, Michael Clark, Vincent Castillo, and Alexei Offill-Klein**

**Deft Attorney Signatures:** _____

This document certifies that the above referenced exhibits were returned.

Date:   December 15, 2016                    _____
                                                                    **RENEE GAUMNITZ**
                                                                    **Courtroom Clerk**