# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA RAMIREZ, | Case No. 1:13-cv-01506-DAD-EPG |
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL ACTION |
| YOUNG'S COMMERCIAL TRANSFER, INC., et al., | |
| Defendants. | |

Judgment is entered in this action in favor of plaintiff Celia Ramirez and against defendants Young's Commercial Transfer, Inc., Rigoberto Fernandez Jimenez, and Jimenez Trucking on plaintiff's claim, according to the special verdicts of the trial jury returned in open court June 22, 2017.

Dated: June 26, 2017

MARIANNE MATHERLY, CLERK OF THE COURT

By: /s/ Reneé Gaumnitz
Reneé Gaumnitz, Deputy Clerk

1