# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA RAMIREZ, | **Case No. 1:13-cv-01506-DAD-EPG** |
| Plaintiff | **ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*, | (ECF No. 279) |
| Defendants. | |

On August 22, 2017, Plaintiff Celia Ramirez filed a stipulation for voluntary dismissal dismissing her claims against Defendants National Railroad Passenger Corporation a/k/a Amtrak and Barbara Neu. (ECF No. 279).

In light of the parties' stipulation, the claims against Defendants National Railroad Passenger Corporation a/k/a Amtrak and Barbara Neu have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

\\\
\\\
\\\

1

Accordingly, the Clerk of the Court is DIRECTED to terminate National Railroad Passenger Corporation a/k/a Amtrak and Barbara Neu as Defendants in this case.

IT IS SO ORDERED.

Dated: **August 28, 2017**

/s/ Erin P. Groj
UNITED STATES MAGISTRATE JUDGE